# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN EDUARDO GARCIA-MACIAS,<br><br>Defendant. | Case No.: 23-cr-0843-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On May 19, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 2, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 20] and sets the Motion Hearing/Trial Setting on June 23, 2023, at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Defense counsel represents that the Defendant has signed a plea agreement and will be requesting a change of plea hearing.

Accordingly, the Court finds that time from June 2, 2023, to June 23, 2023, shall be excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

IT IS SO ORDERED.

Dated: 5/24/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE